THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In the Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Alfred Walker, Appellant.
 
 
 

Appeal from Barnwell County
Perry M. Buckner,
 Circuit Court Judge
Unpublished Opinion No. 2008-UP-021
Submitted January 1, 2008  Filed January 10, 2008    

APPEAL DISMISSED

 
 
 
 Chief
 Attorney Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Donald J.
 Zelenka, all of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER
 CURIAM:  Alfred Walker appeals his guilty pleas pursuant to Alford
 v. North Carolina, 400 U.S. 25 (1970), and two
 consecutive life sentences for two counts of murder, as well as his guilty
 pleas to second-degree burglary, assault and battery with intent to kill, armed
 robbery, criminal conspiracy, and possession of a weapon during the commission
 of a violent crime and concurrent sentences amounting to thirty years
 imprisonment.  Walker argues his guilty pleas were conditional, and thus,
 invalid.  After a thorough review of the
 record, counsels brief, and Walkers pro se brief pursuant to Anders v. California, 386 U.S. 738 (1967),
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Walkers appeal and grant counsels motion to be relieved. 
 
APPEAL DISMISSED.
ANDERSON, SHORT AND WILLIAMS, JJ., CONCUR.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.